Sarah C. Bach et al., as Successor Trustees, etc., Appellees, v. Chas. Weiner & Sons, Inc., Defendant, and S. Harvey Klein, Individually and as Assignee for Benefit of Creditors of Chas. Weiner & Sons, Inc., Appellant.

Gen. No. 46,600.

First District, Second Division.

May 17, 1955.

Released for publication June 30, 1955.

Collen, Kessler & Kadison, for appellant; Mark A. Greenhouse, of counsel; Milton Hirsch, for appellee; James G. Sheridan, of counsel. Opinion by JUSTICE SCHWARTZ. Not to be published in full.